UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VIRGINIA COMSTOCK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HENRY SCHEIN, INC., *et al.*, <br><br> Defendants | NO. CV-98-0043-RHW <br><br> **ORDER DISMISSING CASE AND CLOSING FILE** |

On March 8, 2011, the Court entered an Order to Show Cause why the above-captioned case should not be dismissed (ECF No. 45). No responses were filed.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **dismissed** without prejudice.

 **IT IS SO ORDERED.** The District Court Executive is directed to enter this order, provide copies to counsel, and **close the file**.

**DATED** this 28th day of March, 2011.

 *s/Robert H. Whaley*
 ROBERT H. WHALEY
 United States District Judge

Q:\CIVIL\1998\comstock\order.wpd

**ORDER DISMISSING CASE AND CLOSING FILE ~ 1**